IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00999-CMA-MJW

SALOMON JUAN MARCOS VILLARREAL,

Plaintiff(s),

v.

UNITED STATES,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Respondent United States of America's Motion to File a Reply to Petitioner's Opposition to the United States' Motion to Dismiss and/or Motion for Summary Judgment (docket no. 17) is GRANTED.  The Reply to Petitioner's Opposition Memorandum (docket no. 17-1) is ACCEPTED for filing as of the date of this minute order.

Date:  August 22, 2011